THOMAS E. MOSS
INTERIM UNITED STATES ATTORNEY
JAMES M. PETERS
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WELLS FARGO CENTER
877 WEST MAIN STREET, SUITE 201
BOISE, IDAHO  83702
TELEPHONE:  (208) 334-1211
**MAILING ADDRESS:**
  BOX 32
  **BOISE, IDAHO  83707**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                              )<br>            Plaintiff,            )<br>                                              )<br>vs.                                       )<br>                                              )<br>TONEY CHRISTOPHER BOLDEN,  )<br>                                              )<br>            Defendant.          )<br>_____) | Criminal No.<br><br>**CR-01-134 S BLW**<br><br>INDICTMENT<br><br>(Vio. Title 26 U.S.C. § 5861(d) & (i),<br>and 18 U.S.C. § 922 (g)(3) & (9) |

THE GRAND JURY ALLEGES THAT:

## COUNT ONE

On or about the 7th day May, 2001, in the District Idaho, the defendant,

**TONEY CHRISTOPHER BOLDEN**,

did knowingly possess a firearm, as defined in Title 26 United States Code Sections 5845 (a)(5) (e), that is, a "zip" gun, altered from an Atlas Tear Gas pen gun, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d).

## COUNT TWO

On or about the 7th day May, 2001, in the District Idaho, the defendant,

**TONEY CHRISTOPHER BOLDEN,**

did knowingly possess a firearm, as defined in Title 26 United States Code Sections 5845 (a)(5) (e), that is, a "zip" gun, altered from an Atlas Tear Gas pen gun, which is not identified by a serial number as required by Title 26 United States Code, Chapter 53, in violation of Title 26, United States Code, Sections 5861(i).

## COUNT THREE

On or about the 7th day of May, 2001, in the District of Idaho, the defendant,

**TONEY CHRISTOPHER BOLDEN,**

who was an unlawful user of a controlled substance, as defined in Title 21 United States Code Section 802 (6), did knowingly possess in and affecting commerce, a firearm, as defined in Title 18 United States Code Section 921 (a)(3), that is, a "zip" gun, altered from an Atlas Tear Gas pen gun, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18 United States Code, Section 922 (g)(3).

## COUNT FOUR

On or about the 7th day of May, 2001, in the District of Idaho, the defendant,

**TONEY CHRISTOPHER BOLDEN,**

who was convicted of a misdemeanor crime of domestic violence, to wit: Domestic Battery, in violation of Idaho Code 18-903, in the Third Judicial District, County of Canyon, case CR-93-3552 on or about June 7, 1993, and Battery, in violation of Idaho code 18-903, in the Third

Judicial District, County of Canyon, case CR-94-06041 on or about September 1, 1994, did knowingly possess in and affecting commerce, a firearm, as defined in Title 18 United States Code Section 921 (a)(3), that is, a "zip" gun, altered from an Atlas Tear Gas pen gun, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18 United States Code, Section 922 (g)(9).

DATED: 9/12/01

FOREPERSON

THOMAS E. MOSS
INTERIM UNITED STATES ATTORNEY

James M. Peters
Assistant U.S. Attorney

# CRIMINAL COVERSHEET

CR-01-134 S BLW

**DEFENDANT'S NAME:** TONEY CHRISTOPHER BOLDEN

**DEFENDANT'S STREET ADDRESS:**

**DEFENSE ATTORNEY:**
Address
Telephone No.:

**INVESTIGATING AGENCY & AGENT:** Ralph Lambright
ATF
(208) 334-1983

**Juvenile:** No

**Service Type:** Warrant/ Non-Secret

**Interpreter:** No
If yes, language:

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

| Complaint | Yes Indictment | Information | _ Superseding Indictment |
|---|---|---|---|
| Yes Felony | __Class A Misdemeanor | | _ Class B or C Misdemeanor (Petty Offense) |
| County of Offense: Canyon | | Estimated Trial Time: 2 | |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 26 USC 5861(d) and (i) | 1, 2 | Possession of a firearm by a convicted felon | 10 years imprisonment; $250,000 fine. 5 years supervised release and $100 special assessment on each count |
| 18 USC 922(g)(3) & (9) | 3, 4 | Possession of a firearm by an unlawful user of controlled substances | 10 years imprisonment; $250,000 fine. 5 years supervised release and $100 special assessment on each count. |

Date: September 5, 2001

AUSA: James M. Peters
Telephone No.: (208) 334-1211